**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ _1st_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Christopher Donald Russell     JOINT DEBTOR: _____     CASE NO.: 15-29320-RBR
Last Four Digits of SS# xxx-xx-8804     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A. $ 423.50 for months 1 to 6 ;
    B. $ 535.40 for months 7 to 60 ;
    C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,000.00    TOTAL PAID $ 690.00
    Balance Due $ 2,310.00 payable $ 385.00 /month (Months 1 to 6 )

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS
   POB 7346
   Philadelphia, PA 19101-7346
   Total Due $ 5,451.85
   Payable $ 102.87 /month    (Months **7** to **60**)

Unsecured Creditors: Pay $ 383.86 /month (Months 7 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

    **In the event the debtor recovers any non-exempt proceeds from their pending lawsuit, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.**

    **Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over an above payments provided through the plan up to 100% of allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Christopher Donald Russell
Christopher Donald Russell
Debtor

Date: February 19, 2016

LF-31 (rev. 01/08/10)