UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Christopher Donald Russell                    Case No:     15-29320-RBR
                                                                               Chapter 13

              Debtor                                /

## AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

Debtor, Christopher Donald Russell, by and through undersigned counsel hereby files this Motion to Modify Chapter 13 Plan, as follows:

1. Debtor's bankruptcy case was filed on October 30, 2015.

2. On April 4, 2016, this Honorable Court confirmed the debtor's First Amended Plan.

3. On May 3, 2016, the IRS submitted an amended Proof of Claim, Claim # 1, stating that debtor no longer owes anything.

4. There has only been one other Proof of Claim filed, Claim # 2 by Capital One Bank (USA), N.A.

5. Debtor has proposed a Second Modified Plan wherein seeks to properly Modify the Plan to remove payments to the IRS and to lower payments to unsecured creditors to conform to the Claim.

6. The debtor is current under the existing confirmed plan.

7. A copy of the proposed Second Modified Chapter 13 Plan is being filed simultaneously with this Amended Motion to Modify.

8. All creditors have been noticed with this Motion, and said creditors will not suffer

any harm or prejudice by this Court granting the instant motion.

WHEREFORE, the Debtors, hereby respectfully requests that an Order be entered granting the Motion to Modify Chapter 13 Plan.

### Certificate of Service

A true and correct copy of the foregoing was furnished by United States mail and/or via email in pdf format this 19th day of May, 2016 upon: those named on the service list in the manner identified therein.

Notice is hereby given that:

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

RESPECTFULLY SUBMITTED,

/s/ George Castrataro, MPH, JD
George Castrataro, MPH, JD
FL Bar# 0027575
The Law Offices of George Castrataro, PA
707 NE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33304
954-573-1444 Office / 954-573-6451 Fax